GLENS FALLS INSURANCE COMPANY, Respondent, *v.* CARO-
LINA FREIGHT CARRIERS CORPORATION et al.,
Appellants.

Argued June 13, 1940; decided July 24, 1940.

*Bert Cotton, Irving J. Mishkin* and *Norman S. Rein* for Carolina Freight Carriers Corporation, appellant.

*Milton Kunen* and *Alfred J. Swan* for Akers & Hudson Motor Lines, Inc., appellant.

*Forrest E. Single, Douglas D. Crystal* and *Edward L. Johnson* for respondent.

Order affirmed, with costs. Questions certified on appeal by Carolina Freight Carriers Corporation answered in the negative. First three questions certified on appeal by Akers & Hudson Motor Lines, Inc., answered in the negative, and fourth question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.